Sophia B. Collins, Bar No. 289318
scollins@littler.com
LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, California 94597
Telephone: 925.932.2468
Facsimile: 925.946.9809

Anthony G. Ly, Bar No. 228883
aly@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East, 5th Floor
Los Angeles, California 90067.3107
Telephone: 310.553.0308
Facsimile: 800.715.1330

Cirrus B. Jahangiri, Bar No. 351052
cjahangiri@littler.com
LITTLER MENDELSON, P.C.
101 Second Street, Suite 1000
San Francisco, California 94105
Telephone: 415.433.1940
Facsimile: 415.399.8490

Attorneys for Defendants
MACH INDUSTRIES, INC. and ETHAN THORNTON

LITTLER MENDELSON, P.C.
Treat Towers, 1255 Treat Boulevard
Suite 600
Walnut Creek, California 94597
925.932.2468

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

BRIAN HARLEY, an individual,

Plaintiff,

v.

MACH INDUSTRIES, INC., a Delaware corporation and ETHAN THORNTON, an individual,

Defendants.

Case No. 8:26-cv-00390-MRA-KESx

**ORDER GRANTING STIPULATED PROTECTIVE ORDER [DISCOVERY DOCUMENT: REFERRED TO MAGISTRATE JUDGE KAREN E. SCOTT]**

ASSIGNED TO: HON. MONICA RAMIREZ ALMADANI

Trial Date: Not Set
Complaint Filed: February 20, 2026

Having reviewed the parties' Stipulated Protective Order (Dkt. 27), and for good cause shown, **IT IS HEREBY ORDERED that the Stipulated Protective Order is approved and entered as an Order of the Court. The parties shall comply with its terms.**

**IT IS SO ORDERED.**

Dated: October 22, 2026

HONORABLE KAREN E. SCOTT
United States Magistrate Judge

LITTLER MENDELSON, P.C.
Treat Towers, 1255 Treat Boulevard
Suite 600
Walnut Creek, California 94597
925.932.2468